# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNNY HOYT

NO. 2021 KW 0827

**OCTOBER 18, 2021**

---

In Re:     Johnny Hoyt, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 03-CR-0785.

---

**BEFORE:     LANIER, WOLFE, AND BURRIS,[1] JJ.**

　　　**WRIT DENIED.** **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to relator whose conviction and sentence were final at the time the decision was rendered. Accordingly, the district court did not err by denying the application for postconviction relief.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.